**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-7616**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

KENNETH EARL WILSON,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Fox, District Judge.
(CR-95-212)

———————

Submitted:  March 23, 2000          Decided:  March 30, 2000

———————

Before LUTTIG, WILLIAMS, and MICHAEL, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Kenneth Earl Wilson, Appellant Pro Se.  Thomas B. Murphy, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kenneth Earl Wilson appeals the district court's order seeking relief from the court's prior order declining to allow the Government to file an untimely motion pursuant to Fed. R. Crim. P. 35. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Wilson, No. CR-95-212 (E.D.N.C. Oct. 22, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2